UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MARK HARDMAN, TRUSTEE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>LASER EXHIBITOR SERVICE OF NORTHERN CALIFORNIA,<br><br>    Defendant. | Case No: C 09-1310 SBA<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Docket 6 |

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiff's ex parte application to continue the Case Management Conference is GRANTED.  The Case Management Conference currently scheduled for July 8, 2009 at 3:00 p.m. shall be CONTINUED to **September 23, 2009 at 3:45 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: July 6, 2009

                                                    _/s/ Saundra B. Armstrong_
Hon. Saundra Brown Armstrong
United States District Judge